Submitted on record and briefs December 16, 1992, reversed and remanded
February 3, 1993

# EDWARD E. ALLEN,
## *Appellant,*

*v.*

# Manfred (Fred) MAASS,
## Superintendent,
## Oregon State Penitentiary,
## *Respondent.*

### (92C11365; CA A76017)

848 P2d 616

Garrett A. Richardson, Multnomah Defenders, Inc., Portland, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Stephanie S. Andrus, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and Riggs, Judges.

PER CURIAM

## PER CURIAM

Plaintiff appeals the judgment dismissing his petition for a writ of habeas corpus. The state concedes that the court erred. We accept the state's concession.

Reversed and remanded.